# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDRE ARCEMENT AND TAMMIE
ARCEMENT

VERSUS

LOUISIANA FARM BUREAU MUTUAL
INSURANCE COMPANY AND PERQUE
FLOOR COVERING, INC.

NO.   2024 CW 0714

**NOVEMBER 8, 2024**

---

In Re:    Perque Floor Covering, Inc., applying for supervisory
          writs, 23rd Judicial District Court, Parish of
          Assumption, No. 37993.

---

**BEFORE:**    **GUIDRY,C.J., HESTER AND STROMBERG, JJ.**

   **WRIT DENIED.**

                                  JMG
                                  CHH
                                  TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT